UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM DAVID HICKS JR.,

    Plaintiff,

v.

    Civil Action No. 21-11563
    Honorable Denise Page Hood

HEIDI WASHINGTON, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [#32] TO DENY MOTION FOR TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION [#16]

*Pro se* Plaintiff filed this 42 U.S.C. § 1983 lawsuit against multiple defendants. This matter comes before the Court on Magistrate Judge Anthony P. Patti's Report and Recommendation. [ECF No. 32] In the Report and Recommendation, the Magistrate Judge recommends that the Court deny Plaintiff's Motion for Temporary Restraining Order and a Preliminary Injunction. Plaintiff ultimately filed objections to the Report and Recommendation on or about July 14, 2022. [ECF No. 42] He then filed a second document of objections to the Report and Recommendation on or about September 13, 2022 [ECF No. 62], though that document is identical to the first 16 pages of ECF No. 42 and otherwise substantive identical to the filing at ECF No. 42 (absent approximately 80 pages of exhibits).

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusions for the proper reasons. Finding no error in the Magistrate Judge's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety. The Court has reviewed Plaintiff's objections in ECF Nos. 42 and 62 and finds no basis set forth in either document to change, modify, or decline the findings and conclusions in the Report and Recommendation. The Court also notes that Plaintiff is no longer at the facility or under the care or supervision of the persons against whom he seeks injunctive relief. Accordingly, his request for injunctive relief set forth in ECF No. 16 is moot.

For the reasons stated above,

**IT IS ORDERED** that the Report and Recommendation dated June 28, 2022 [ECF No. 32] is **ADOPTED** as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Temporary Restraining Order and a Preliminary Injunction [ECF No. 16, filed April 21, 2022] is **DENIED**.

IT IS ORDERED.

                                      s/Denise Page Hood
                                      DENISE PAGE HOOD
DATED: March 29, 2023         United States District Judge