UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM D. HICKS, JR.,

    Plaintiff,

                                    Case No. 21-11563

v.

                                    HON. DENISE PAGE HOOD

HEIDI WASHINGTON, et al.,

    Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION (ECF NO. 109) and
## DENYING MOTION FOR PRELIMINARY INJUNCTION (ECF No. 100)

This matter is before the Court on Magistrate Judge Anthony P. Patti's October 2, 2023 Report and Recommendation (ECF No. 109) to deny Plaintiff William David Hicks, Jr.'s Motion for Preliminary Injunction (ECF No. 100). To date, no Objections have been filed to the Report and Recommendation.

The standard of review by the district court when examining a Report and Recommendation is set forth in 28 U.S.C.§ 636. This Court "shall make a *de novo* determination of those portions of the report or the specified proposed findings or recommendations to which an objection is made." 28 U.S.C. § 636(B)(1)(c). The Court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the Magistrate." *Id*. In order to preserve the right to appeal the Magistrate Judge's recommendation, a party must file objections to the

Report and Recommendation within fourteen (14) days of service of the Report and Recommendation. Fed. R. Civ. P. 72(b)(2). Failure to file specific objections constitutes a waiver of any further right of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Servs.*, 932 F2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

After review of the October 2, 2023 Report and Recommendation, the Court finds that the Magistrate Judge's conclusions are correct. The Court agrees with the Magistrate Judge that the injunctive relief Plaintiff seeks has been rendered moot by his September 21, 2023 parole.

Accordingly,

IT IS ORDERED that Magistrate Judge Anthony P. Patti's Report and Recommendation **(ECF No. 109)** is **ACCEPTED AND ADOPTED** as this Court's findings of fact and conclusions of law.

IT IS FURTHER ORDERED that Plaintiff's Motion for Preliminary Injunction **(ECF No. 100)** is **DENIED**.

        s/Denise Page Hood  
        Denise Page Hood  
        United States District Judge

Dated: March 27, 2024